WR-83,458-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/27/2016 11:06:44 AM
Accepted 9/27/2016 11:08:57 AM
ABEL ACOSTA
CLERK

**No. WR-83,458-01**

In the
Court of Criminal Appeals
For the State of Texas
At Austin

————◆————

**No.1431657-A**
In the 184th District Court
Of Harris County, Texas

————◆————

## EX PARTE DARREN D. LEWIS

————◆————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE STATE'S BRIEF

————◆————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. This Court ordered briefing in the instant case on June 29, 2016, and provided the parties ninety (90) days to file their respective briefs from the date of the order.

2. The applicant requested an extension of time to file his brief and the Court granted his request. The applicant's brief is now due on October 12, 2016.

3.      The State's brief due without any granting of an extension is September 27, 2016.

4.      The State is requesting an extension to file its brief on October 12, 2016, which is the same due date as to the applicant's brief.

5.      The State is requesting the extension not for mere delay but out of necessity.  The Assistant District Attorney has been preparing for two evidentiary hearings that were set on September 29th and 30th respectively as well as preparing for oral argument before the Court on October 5th.  Further, the State is continuing in research of the unique issues presented in this case.

6.      The State has not previously requested any extensions. Furthermore, the assistant district attorney does not foresee any reason why he would need any additional extensions beyond this request.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

**ANDREW J. SMITH**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 274-5990
TBC No. 24048100
Smith_andrew@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

following address:

Mr. Bob Wicoff,
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002

**Andrew J. Smith**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 274-5990
TBC No. 24048100

Date:  <u>September 27, 2016</u>